UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DARREN WALLIS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:21-cv-2103 |
| | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, | ) |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal with prejudice of all claims asserted in this action against Defendant. The parties further stipulate that Plaintiff and Defendant shall bear their own attorney's fees and costs.

Respectfully submitted,

STINSON LLP

By   */s/William E. Hanna*
    William E. Hanna, KS #14480
    Christopher J. Leopold, KS # 19638
    1201 Walnut Street, Suite 2900
    Kansas City, MO 64106
    816.842.8600 ||816.691.3495 [F]
    william.hanna@stinson.com
    chris.leopold@stinson.com

ATTORNEYS FOR DEFENDANT

LAW OFFICE OF KEVIN J. MCMANUS

By   /s/Kevin J. McManus
    Kevin J. McManus
    Law Office of Kevin J. McManus
    1100 Main Street, Suite 2600
    Kansas City, MO 64105
    816.631.1058 (Direct)
    816.203.0143 (General)
    kevin@kevinmcmanuslaw.com

ATTORNEY FOR PLAINTIFF